# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: KOULIS, STEVEN A | § Case No. 10-19439 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 11/16/2012 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/11/2012        By:  /s/DEBORAH K. EBNER
                                           Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: KOULIS, STEVEN A | § Case No. 10-19439 |
| | § |
| | § |
| Debtor(s) | § |

**SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $ 87,908.52

*and approved disbursements of*     $ 15,025.00

*leaving a balance on hand of* [1]     $ 72,883.52

**Balance on hand:**     $ 72,883.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 12 | Humana | 668.23 | 668.23 | 0.00 | 668.23 |
| 13 | Allstate Insurance Company | 1,093.33 | 1,093.33 | 0.00 | 1,093.33 |
| 14 | Provena St Joseph Medical Center | 5,731.52 | 5,731.52 | 0.00 | 5,731.52 |

Total to be paid to secured creditors:     $ 7,493.08
Remaining balance:     $ 65,390.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah K. Ebner | 6,895.43 | 0.00 | 6,895.43 |
| Trustee, Expenses - Deborah K. Ebner | 10.80 | 0.00 | 10.80 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 1,260.00 | 0.00 | 1,260.00 |
| Other Fees: Frank S Cservenyak | 28,432.10 | 0.00 | 28,432.10 |
| Other Expenses: Frank S Cservenyak | 2,612.23 | 0.00 | 2,612.23 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 39,210.56 |
| Remaining balance: | $ 26,179.88 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 26,179.88 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---:|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 26,179.88 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 122,911.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | American Infosource Lp Agent for World Financial Network | 1,759.27 | 0.00 | 374.73 |
| 3 | American Infosource Lp Agent for World Financial Network | 1,929.10 | 0.00 | 410.89 |
| 4 | Nicor Gas | 219.76 | 0.00 | 46.81 |
| 5 | Capital One Bank (USA), N.A. | 4,707.39 | 0.00 | 1,002.66 |
| 6 | Capital One Bank (USA), N.A. | 1,305.74 | 0.00 | 278.12 |
| 7 | Capital One Bank (USA), N.A. | 1,529.96 | 0.00 | 325.88 |
| 8 | Nelnet | 30,270.20 | 0.00 | 6,447.49 |

**UST Form 101-7-NFR (10/1/2010)**

| 9 | Nelnet | 51,143.29 | 0.00 | 10,893.41 |
|---|---|---|---|---|
| 10 | PYOD LLC as assignee of Citibank | 2,180.88 | 0.00 | 464.52 |
| 11 | Us Dept Of Education | 27,865.89 | 0.00 | 5,935.37 |

Total to be paid for timely general unsecured claims: $ 26,179.88
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                              Case No. 10-19439-BWB
Steven A Koulis                                                                     Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: pgordon                Page 1 of 3                Date Rcvd: Oct 11, 2012
                               Form ID: pdf006              Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2012.
```
db         +Steven A Koulis,    13726 S. Parkfalls Court,    Plainfield, IL 60544-7080
15500279   +ACE Creditors Exchange,    PO Box 33130,    Phoenix, AZ 85067-3130
15500281   +Ballys,    8700 West Bryn Mawr,    Chicago, IL 60631-3552
15500282   +Bank Of America,    Po Box 84006,    Columbus, GA 31908-4006
15500283   +Bank United Mortgage,    Attn: Default Cash Processing,    7255 Bay Meadows Way,
             Jacksonville, FL 32256-6851
15500284   +Blatt/Hasenmiller/Liebsk,    Attorneys at Law,    125 S. Wacker Dr., FL 4,    Chicago, IL 60606-4440
15500285  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   Capital 1 Bank,     Attn: C/O TSYS Debt Management,    Po Box 5155,
             Norcross, GA 30091)
15500286    CBE,   131 Tower Park Suite 100,     PO Box 2635,    Waterloo, IA 50704-2635
15500289  ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court:   Chrysler Credit,     Po Box 8065,    Royal Oak, MI 48068)
15500287   +Chase,    9451 Corbin Avenue,    Northridge, CA 91324-1665
15500288   +Check Systems, Inc.,    Attn: Customer Relations,    7805 Hudson Road, Ste 100,
             Woodbury, MN 55125-1703
15500291   +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
15500292   +Client Services Inc.,    3451 Harry S Truman BLVD,    Saint Charles, MO 63301-9816
15500293   +Collection Professionals, Inc.,    723 First Street,    La Salle, IL 61301-2535
15500294   +Dupage Medical Group,    1860 Payshere Circle,    Chicago, IL 60674-0018
15500295    Equifax Information Services, LLC,     P.O. Box 740256,    Atlanta, GA 30374-0256
15500296    Experian,    P.O. Box 9701,    Allen, TX 75013-9701
15500297  ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
             (address filed with court:   FIFTH THIRD BANK,     P.O. BOX 630778,    Cincinnati, OH 45263-0778)
15500300   +Global Credit & Collection Corp.,     P.O. Box 101928,    Dept. 2417,    Birmingham, AL 35210-6928
15500301   +HC Processing Center,    203 E Emma Suite A,    Springdale, AR 72764-4625
15500304   +HSBC Auto Finance,    Bankruptcy Notices,    Po Box 17909,    San Diego, CA 92177-7909
15500308   +HSBC Mortgage Corporation,    P.O. Box 4552,    Buffalo, NY 14240-4552
15500302   +Hccredit/cit,    203 E Emma Ave Ste A,    Springdale, AR 72764-4625
15500303   +Home Depot,    PO Box 6029,    The Lakes, NV 88901-6029
15500305   +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
15500306   +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
15500309   +Hsbc/rs,    Attn: Bankruptcy,    961 Weigel Dr,    Elmhurst, IL 60126-1029
15500310   +JNR Adjustment Company,    1375. S. Semoran,    Winter Park, FL 32792-5529
15500311   +Lowe's,    P.O. Box 2918,    Shawnee Mission, KS 66201-1318
15500312   +Merchants Cr,    223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6908
15500314    Nationwide Credit, Inc.,    2015 Vaughn Rd NW, Ste. 400,    Kennesaw, GA 30144-7802
15500319    ORCHARD BANK,    HOUSEHOLD CREDIT SERVICES,    PO BOX 17051,    Baltimore, MD 21297-1051
15500318   +Onyx Acceptance Corp,    C/O Tsys Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
15500321   +Shell Oil / Citibank,    Attn.: Centralized Bankruptcy,    Po Box 20507,
             Kansas City, MO 64195-0507
15500322   +TransUnion Consumer Solutions,    P.O. Box 2000,    Chester, PA 19016-2000
15500324   +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
15500325   +Victoria's Secret,    Po Box 182273,    Columbus, OH 43218-2273
15500326   +Wells Fargo,    Po Box 60510,    Los Angeles, CA 90060-0510
15500328   +Wffinancial,    800 Walnut St,    Des Moines, IA 50309-3504
15500327   +Wffinancial,    127 South Herlong,    Rock Hill, SC 29732-1100
15500329   +Wfnnb/express,    Po Box 182273,    Columbus, OH 43218-2273
15500330    Wfnnb/newport News,    Po Box 659705,    Columbus, OH 43218
15500331   +Will County Treasurer,    302 North Chicago,    Joliet, IL 60432-4059
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15946174    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 12 2012 02:20:31
             American Infosource Lp As Agent for,     World Financial Network National Bank As,
             Victoria's Secret,    PO Box 248872,    Oklahoma City, OK   73124-8872
15946175    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 12 2012 02:19:31
             American Infosource Lp As Agent for,     World Financial Network National Bank As,    Express,
             PO Box 248872,    Oklahoma City, OK   73124-8872
15994060    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 12 2012 02:20:31     Capital One Bank (USA), N.A.,
             by American Infosource Lp As Agent,    PO Box 248839,    Oklahoma City, OK   73124-8839
15500298   +E-mail/Text: ally@ebn.phinsolutions.com Oct 12 2012 02:07:49      G M A C,    2740 Arthur St,
             Roseville, MN 55113-1303
15500299    E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2012 02:20:04      GE Money,    P.O. Box 530913,
             Atlanta, GA 30353-0913
15695630   +E-mail/Text: ally@ebn.phinsolutions.com Oct 12 2012 02:07:49      GMAC,    PO BOX 130424,
             Roseville MN 55113-0004
15500313   +E-mail/Text: mmrgbk@miramedrg.com Oct 12 2012 03:00:45      MiraMed Revenue Group, LLC,
             P.O. Box 536,    Linden, MI 48451-0536
15500315   +E-mail/Text: electronicbkydocs@nelnet.net Oct 12 2012 03:03:36      Nelnet,    Attn: Claims,
             Po Box 17460,    Denver, CO 80217-0460
15996943   +E-mail/Text: electronicbkydocs@nelnet.net Oct 12 2012 03:03:36      Nelnet,
             3015 South Parker Road Suite 400,    Aurora CO 80014-2904
```

```
District/off: 0752-1          User: pgordon              Page 2 of 3                  Date Rcvd: Oct 11, 2012
                              Form ID: pdf006            Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
15500316     +E-mail/Text: electronicbkydocs@nelnet.net Oct 12 2012 03:03:36     Nelnet Lns,
              Attention: Claims,   Po Box 17460,   Denver, CO 80217-0460
15982241     +E-mail/Text: bankrup@nicor.com Oct 12 2012 02:00:59     Nicor Gas,   PO Box 549,
              Aurora IL 60507-0549
15500317     +E-mail/Text: bankrup@nicor.com Oct 12 2012 02:00:59     Nicor Gas,
              Attention: Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
16286197     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 12 2012 02:00:51
              PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
              c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
15500320     +E-mail/Text: mmrgbk@miramedrg.com Oct 12 2012 03:00:45     Pellettieri,   991 Oak Creek Dr,
              Lombard, IL 60148-6408
15500280      E-mail/PDF: cbp@slfs.com Oct 12 2012 02:20:25     American General Finan,   311 Weber Dr,
              Bolingbrook, IL 60490
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15500290       Chrysler Financial
15500307    ##+Hsbc Best Buy,   Attn: Bankruptcy,   Po Box 6985,   Bridge Water, NJ 08807-0985
15500323    ##+United Collection Corporation,   1026 C Street,   Hayward, CA 94541-5125
                                                                                   TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 13, 2012**          **Signature:**  _Joseph Speetjens_

```
District/off: 0752-1          User: pgordon               Page 3 of 3              Date Rcvd: Oct 11, 2012
                              Form ID: pdf006             Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2012 at the address(es) listed below:
    Deborah  Kanner Ebner    dkebner@debnertrustee.com,
     IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
     admin.assistant@debnertrustee.com
    Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
    Thomas W Toolis    on behalf of Debtor Steven Koulis twt@jtlawllc.com,
     lld@jtlawllc.com;axb@jtlawllc.com
                                                 TOTAL: 3