# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: KOULIS, STEVEN A                                        Case No. 10-19439
_____,                 Chapter   7
                    Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $114,950.00 *(without deducting any secured claims)* | Assets Exempt: $19,450.00 |
| Total Distribution to Claimants: $33,972.96 | Claims Discharged Without Payment: $170,922.21 |
| Total Expenses of Administration: $38,935.56 | |

    3) Total gross receipts of $ 87,908.52 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $72,908.52 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $299,443.00 | $19,433.90 | $7,493.08 | $7,493.08 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 39,235.56 | 38,935.56 | 38,935.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 13,025.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 162,582.61 | 122,911.48 | 122,911.48 | 26,479.88 |
| **TOTAL DISBURSEMENTS** | $475,050.61 | $181,580.94 | $169,340.12 | $72,908.52 |

4) This case was originally filed under Chapter 7 on April 29, 2010. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/31/2012          By: /s/DEBORAH K. EBNER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible Personal Injury Claim | 1129-000 | 87,908.52 |
| **TOTAL GROSS RECEIPTS** | | **$87,908.52** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Steven A Koulis | Exemption paid from Arbitration Award - by Special Counsel | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GMAC | 4110-000 | 13,243.00 | 11,940.82 | 0.00 | 0.00 |
| 12 | Humana | 4220-000 | N/A | 668.23 | 668.23 | 668.23 |
| 13 | Allstate Insurance Company | 4220-000 | N/A | 1,093.33 | 1,093.33 | 1,093.33 |
| 14 | Provena St Joseph Medical Center | 4220-000 | N/A | 5,731.52 | 5,731.52 | 5,731.52 |
| NOTFILED | HSBC Mortgage Corporation | 4110-000 | 286,200.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$299,443.00** | **$19,433.90** | **$7,493.08** | **$7,493.08** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner | 2100-000 | N/A | 6,895.43 | 6,895.43 | 6,895.43 |
| Deborah K. Ebner | 2200-000 | N/A | 10.80 | 10.80 | 10.80 |
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 1,260.00 | 960.00 | 960.00 |
| Frank S Cservenyak | 3210-600 | N/A | 28,432.10 | 28,432.10 | 28,432.10 |
| Frank S Cservenyak | 3220-610 | N/A | 2,612.23 | 2,612.23 | 2,612.23 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $39,235.56 | $38,935.56 | $38,935.56 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Will County Treasurer | 5800-000 | 13,025.00 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $13,025.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | American Infosource Lp Agent for World Financial Network | 7100-000 | 1,759.00 | 1,759.27 | 1,759.27 | 379.02 |
| 3 | American Infosource Lp Agent for World Financial Network | 7100-000 | 1,929.00 | 1,929.10 | 1,929.10 | 415.60 |
| 4 | Nicor Gas | 7100-000 | 117.00 | 219.76 | 219.76 | 47.34 |

**UST Form 101-7-TDR (10/1/2010)**

| | Claimant | Code | | | | |
|---|---|---|---|---|---|---|
| 5 | Capital One Bank (USA), N.A. | 7100-000 | 4,364.00 | 4,707.39 | 4,707.39 | 1,014.15 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | 1,203.00 | 1,305.74 | 1,305.74 | 281.31 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | 1,441.00 | 1,529.96 | 1,529.96 | 329.61 |
| 8 | Nelnet | 7100-000 | 25,469.00 | 30,270.20 | 30,270.20 | 6,521.37 |
| 9 | Nelnet | 7100-000 | 24,630.00 | 51,143.29 | 51,143.29 | 11,018.24 |
| 10 | PYOD LLC as assignee of Citibank | 7100-000 | 2,180.00 | 2,180.88 | 2,180.88 | 469.85 |
| 11 | Us Dept Of Education | 7100-000 | 25,000.00 | 27,865.89 | 27,865.89 | 6,003.39 |
| NOTFILED | Nelnet Lns | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nelnet Lns | 7100-000 | 12,965.00 | N/A | N/A | 0.00 |
| NOTFILED | Nelnet Lns | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nelnet Lns | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nelnet Lns | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nelnet Lns | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nelnet Lns | 7100-000 | 16,570.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/rs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nelnet Lns | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/rs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/rs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | JNR Adjustment Company | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Cr | 7100-000 | 148.00 | N/A | N/A | 0.00 |
| NOTFILED | Lowe's | 7100-000 | 2,400.00 | N/A | N/A | 0.00 |
| NOTFILED | MiraMed Revenue Group, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pellettieri | 7100-000 | 138.00 | N/A | N/A | 0.00 |
| NOTFILED | United Collection Corporation | 7100-000 | 285.28 | N/A | N/A | 0.00 |
| NOTFILED | TransUnion Consumer Solutions | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 16,929.00 | N/A | N/A | 0.00 |
| NOTFILED | Wffinancial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/newport News | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wffinancial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pellettieri | 7100-000 | 66.00 | N/A | N/A | 0.00 |
| NOTFILED | Pellettieri | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Pellettieri | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Pellettieri | 7100-000 | 695.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | ORCHARD BANK HOUSEHOLD CREDIT SERVICES | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pellettieri | 7100-000 | 379.00 | N/A | N/A | 0.00 |
| NOTFILED | Pellettieri | 7100-000 | 276.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/rs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pellettieri | 7100-000 | 257.00 | N/A | N/A | 0.00 |
| NOTFILED | Onyx Acceptance Corp C/O Tsys Debt Management | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/rs | 7100-000 | 11,598.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/rs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American General Finan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ballys | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank United Mortgage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Blatt/Hasenmiller/Liebsk Attorneys at Law | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CBE | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American General Finan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ACE Creditors Exchange | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Check Systems, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| NOTFILED | HC Processing Center | 7100-000 | 17.00 | N/A | N/A | 0.00 |
| NOTFILED | Hccredit/cit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Auto Finance Bankruptcy Notices | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Auto Finance Bankruptcy Notices | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Best Buy | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 4,981.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 682.00 | N/A | N/A | 0.00 |
| NOTFILED | Global Credit & Collection Corp. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Money | 7100-000 | 2,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Credit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank USA | 7100-000 | 1,119.00 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Credit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Client Services Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dupage Medical Group | 7100-000 | 489.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Professionals, Inc. | 7100-000 | 176.33 | N/A | N/A | 0.00 |
| NOTFILED | FIFTH THIRD BANK | 7100-000 | 220.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax Information Services, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $162,582.61 | $122,911.48 | $122,911.48 | $26,479.88 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-19439  
**Case Name:** KOULIS, STEVEN A  

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 04/29/10 (f)  
**§341(a) Meeting Date:** 06/21/10  

**Period Ending:** 12/31/12  
**Claims Bar Date:** 10/28/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 13726 S. Parkfalls Court, Plainfield, I | 110,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Time Share in Mexico | 500.00 | 500.00 | DA | 0.00 | FA |
| 3 | Savings Account | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking Account | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Joint Checking Account with non-filing spouse | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellanous Household Item | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wedding Anniversary Band | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2 Guns - a 9mm Baretta and a 780 Shotgun | 400.00 | 0.00 | DA | 0.00 | FA |
| 10 | Possible Personal Injury Claim | 50,000.00 | 35,000.00 | | 87,908.52 | FA |
| 11 | 2006 Hummer3 with 70k miles on it | 15,000.00 | 1,757.00 | | 0.00 | FA |
| 12 | Snowbear trailer | 200.00 | 0.00 | DA | 0.00 | FA |
| 13 | Computer and Printer | 400.00 | 0.00 | DA | 0.00 | FA |
| 13 | Assets Totals (Excluding unknown values) | **$179,950.00** | **$37,257.00** | | **$87,908.52** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee is monitoring personal injury action that is pending

**Initial Projected Date Of Final Report (TFR):** December 31, 2017  **Current Projected Date Of Final Report (TFR):** October 11, 2012 (Actual)

Case 10-19439    Doc 47    Filed 01/15/13    Entered 01/15/13 22:54:03    Desc Main
Document      Page 9 of 10

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-19439  
**Case Name:** KOULIS, STEVEN A  
**Taxpayer ID #:** **-***4053  
**Period Ending:** 12/31/12  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******08-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/25/12 | {10} | American Family Insurance Group | Arbitration Award | 1129-000 | 668.23 | | 668.23 |
| 07/25/12 | {10} | American Family Insurance Group | Arbitration Award | 1129-000 | 1,093.33 | | 1,761.56 |
| 07/25/12 | {10} | American Family Insurance Group | Arbitration Award | 1129-000 | 5,731.52 | | 7,493.08 |
| 07/25/12 | {10} | American Family Insurance Group | Arbitration Award | 1129-000 | 31,915.07 | | 39,408.15 |
| 07/25/12 | | American Family Insurance Group | Arbitration Award | | 33,500.37 | | 72,908.52 |
| | {10} | | Arbitration Award    33,500.37 | 1129-000 | | | 72,908.52 |
| | | Steven A Koulis | Exemption paid from    -15,000.00 Arbitration Award - by Special Counsel | 8100-002 | | | 72,908.52 |
| | {10} | Steven A Koulis | Received & Disbursed by    15,000.00 Special Counsel | 1129-000 | | | 72,908.52 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 72,883.52 |
| 10/23/12 | 101 | Frank S Cservenyak | | 3210-600 | | 28,432.10 | 44,451.42 |
| 10/23/12 | 102 | Frank S Cservenyak | | 3220-610 | | 2,612.23 | 41,839.19 |
| 11/23/12 | 103 | Humana | Dividend paid 100.00% on $668.23; Claim# 12; Filed: $668.23; Reference: | 4220-000 | | 668.23 | 41,170.96 |
| 11/23/12 | 104 | Allstate Insurance Company | Dividend paid 100.00% on $1,093.33; Claim# 13; Filed: $1,093.33; Reference: | 4220-000 | | 1,093.33 | 40,077.63 |
| 11/23/12 | 105 | Provena St Joseph Medical Center | Dividend paid 100.00% on $5,731.52; Claim# 14; Filed: $5,731.52; Reference: | 4220-000 | | 5,731.52 | 34,346.11 |
| 11/23/12 | 106 | Deborah K. Ebner | Dividend paid 100.00% on $6,895.43, Trustee Compensation; Reference: | 2100-000 | | 6,895.43 | 27,450.68 |
| 11/23/12 | 107 | Deborah K. Ebner | Dividend paid 100.00% on $10.80, Trustee Expenses; Reference: | 2200-000 | | 10.80 | 27,439.88 |
| 11/23/12 | 108 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $960.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 960.00 | 26,479.88 |
| 11/23/12 | 109 | American Infosource Lp Agent for World Financial Network | Dividend paid 21.54% on $1,759.27; Claim# 2; Filed: $1,759.27; Reference: 28777790287777903 | 7100-000 | | 379.02 | 26,100.86 |
| 11/23/12 | 110 | American Infosource Lp Agent for World Financial Network | Dividend paid 21.54% on $1,929.10; Claim# 3; Filed: $1,929.10; Reference: 59978332312005429 | 7100-000 | | 415.60 | 25,685.26 |
| 11/23/12 | 111 | Nicor Gas | Dividend paid 21.54% on $219.76; Claim# 4; Filed: $219.76; Reference: 739800 | 7100-000 | | 47.34 | 25,637.92 |
| 11/23/12 | 112 | Capital One Bank (USA), N.A. | Dividend paid 21.54% on $4,707.39; Claim# 5; Filed: $4,707.39; Reference: 486236216172 | 7100-000 | | 1,014.15 | 24,623.77 |
| 11/23/12 | 113 | Capital One Bank (USA), N.A. | Dividend paid 21.54% on $1,305.74; Claim# 6; Filed: $1,305.74; Reference: 486236248789 | 7100-000 | | 281.31 | 24,342.46 |

Subtotals :    $72,908.52    $48,566.06

{} Asset reference(s)    Printed: 12/31/2012 12:20 AM    V.13.04

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-19439 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | KOULIS, STEVEN A | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******08-66 - Checking Account |
| Taxpayer ID #: | **-***4053 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/23/12 | 114 | Capital One Bank (USA), N.A. | Dividend paid 21.54% on $1,529.96; Claim# 7; Filed: $1,529.96; Reference: 529115171045 | 7100-000 | | 329.61 | 24,012.85 |
| 11/23/12 | 115 | Nelnet | Dividend paid 21.54% on $30,270.20; Claim# 8; Filed: $30,270.20; Reference: 500000019251749 | 7100-000 | | 6,521.37 | 17,491.48 |
| 11/23/12 | 116 | Nelnet | Dividend paid 21.54% on $51,143.29; Claim# 9; Filed: $51,143.29; Reference: 500000054584149 | 7100-000 | | 11,018.24 | 6,473.24 |
| 11/23/12 | 117 | PYOD LLC as assignee of Citibank | Dividend paid 21.54% on $2,180.88; Claim# 10; Filed: $2,180.88; Reference: 513253740 | 7100-000 | | 469.85 | 6,003.39 |
| 11/23/12 | 118 | Us Dept Of Education | Dividend paid 21.54% on $27,865.89; Claim# 11; Filed: $27,865.89; Reference: 3346414441 | 7100-000 | | 6,003.39 | 0.00 |

|  |  | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 72,908.52 | 72,908.52 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 72,908.52 | 72,908.52 | |
| Less: Payments to Debtors | | | 15,000.00 | |
| NET Receipts / Disbursements | | $72,908.52 | $57,908.52 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # 9200-******08-66 | 72,908.52 | 57,908.52 | 0.00 |
| | $72,908.52 | $72,908.52 | $0.00 |

{} Asset reference(s)            Printed: 12/31/2012 12:20 AM   V.13.04